# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### Marshall Division

| | | |
|---|---|---|
| GREGORY MESSER, individually, and as | § | |
| Representative of the Estate of Linda | § | |
| Messer, JESSICA BARNETT, LACI | § | |
| JONES, LINDSEY BARNETT, JOHNNY | § | **CASE NO. 2:15-CV-01363-JRG-RSP** |
| W. NICHOLS and HELLEN NICHOLS | § | |
| *Plaintiffs* | § | |
| | § | |
| v. | § | |
| | § | |
| RICHARD CALDWELL and LOGGINS | § | |
| LOGISTICS, INC. | § | |
| | § | |
| *Defendants* | § | |

## ORDER OF DISMISSAL

On this day came on to be heard the Joint Stipulation of Dismissal with Prejudice, and the Court having considered said Stipulation and having reviewed the pleadings on file, is of the opinion that the Stipulation is well taken and should be sustained and granted.  It is accordingly,

ORDERED, ADJUDGED and DECREED that Plaintiffs' claims against Defendants, be and the same is hereby dismissed with prejudice.  It is further,

ORDERED, ADJUDGED and DECREED that all taxable court costs be paid by the party incurring same.

**SIGNED this 13th day of January, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE